

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Timothy Patrick Lee,

Vs. No. 11-18-00238-CR

The State of Texas,

\* From the 106th District Court
of Gaines County,
Trial Court No. 17-4721.

\* September 27, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.